**Timothy S. DeJong**, OSB No. 940662
Email: tdejong@stollberne.com
**Elizabeth B. Kinsman,** OSB No. 172956
Email: ekinsman@stollberne.com
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Gary M. Klinger** (admitted *pro hac vice*)
Email: gklinger@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878

**Alexander E. Wolf** (admitted *pro hac vice*)
Email: awolf@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Telephone: 872.365.7060

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| DANIELLE MANGONE, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>FITNESS EQUIPMENT SERVICES, LLC d/b/a Sole Fitness, a Utah limited liability company,<br><br>Defendant. | No. 3:24-cv-00465-AB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Danielle Mangone ("Plaintiff") and Defendant Fitness Equipment Services LLC d/b/a Sole Fitness ("Defendant"), by and through their respective counsel, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal upon a "stipulation of dismissal signed by all parties who have appeared"). As no class has been certified, this stipulation of dismissal is on behalf of the individual Plaintiff, Danielle Mangone, only. Each party shall bear its own fees and costs.

DATED: January 24, 2025.

| STOEL RIVES LLP | STOLL STOLL BERNE LOKTING & SHLACHTER P.C. |
|---|---|
| By: /s/ Christopher C. River<br>   **Christopher C. Rifer**, OSB No. 125307<br><br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Telephone: (503) 224-3380<br>Facsimile: (503) 220-2480<br>Email:   christopher.rifer@stoel.com<br><br>**Vanessa Soriano Power** (*pro hac vice*)<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 624-0900<br>Email:   vanessa.power@stoel.com<br><br>**Attorneys Defendant Fitness Equipment Services, LLC, d/b/a Sole Fitness** | By: Timothy S. DeJong<br>   **Timothy S. DeJong**, OSB No. 940662<br>   **Elizabeth B. Kinsman,** OSB No. 172956<br><br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone:  (503) 227-1600<br>Facsimile:  (503) 227-6840<br>Email:    tdejong@stollberne.com<br>         ekinsman@stollberne.com<br><br>**Gary M. Klinger** (*pro hac vice*)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>Email:    gklinger@milberg.com<br><br>**Alexander E. Wolf** (*pro hac vice*)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>280 South Beverly Drive, Penthouse<br>Beverly Hills, California 90212<br>Telephone:   (872) 365-7060<br>Email:    awolf@milberg.com<br><br>**Attorneys for Plaintiff Danielle Mangone** |